FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MJ 13-1839 |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| DEMETRIO MEDINA-RABADAN ) | Conditions of Release) |
| ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will not commit further criminal acts

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will appear for future proceedings

IT IS ORDERED that defendant be detained.

DATED: 7/3/2013

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE